UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00272-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  ISAAC CABELLO-IBARRA,
    a/k/a "Pacas",
2.  FELIPE RODRIGUEZ-ROJAS,
    a/k/a Angel Lopez-Ruiz,
    a/k/a Felipe Rojas-Guzman,
    a/k/a "Pitufo",
3.  JOSE GAMEROS-PEREZ,
    a/k/a Ivan Diaz-Guzman,
    a/k/a "Simon",
**4.  CLAUDIA RAQUEL ESPARZA-IBARRA,**
    **a/k/a "Raquel",**
5.  JOSE LUIS YANEZ-MARTINEZ,
    a/k/a "Cala",

        Defendants.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition on January 20, 2006 by Claudia Raquel Esparza-Ibarra. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

    pending determination of those matters.

2. A Change of Plea hearing is set for **March 13, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for February 23, 2006, the March 13, 2006 trial date and the suppression hearing set for February 22, 2006 are **VACATED**.

Dated this 2nd day of February, 2006.

            **BY THE COURT:**

            *[signature: Marcia S. Krieger]*

            Marcia S. Krieger
            United States District Judge